Local MIE Form 3
(11/03)

Order of the Court to Dismiss Violation Petition/
Recall Warrant/Summons/
Request Further Action From the Court

## UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

Richard Lee Grass       Crim. No.   97-CR-81490-01

On April 25, 2008, the Court authorized a petition and warrant for supervised release violation charge(s).

> The probation department is recommending that the violation petition be dismissed, the warrant be recalled, and that the case be closed.
>
> Attached is the judgement of a 48 to 180-month sentence on a new state of Michigan felony conviction, and a 120-month custody sentence on a new federal felony conviction in the Western District of Michigan. The defendant has three years of supervised release to follow his term of custody. At this time, the probation department would recommend dismissal of the current case.

Reviewed and Approved:       Respectfully submitted,

_____    _____
Howard L. Jacobs         John D. Ade
Supervising U.S. Probation Officer   Senior U.S. Probation Officer
989-894-8829          989-894-8826

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the violation petition dated April 25, 2008, be dismissed, the warrant be recalled and that the case be closed.

Dated this  10  Day of  May , 2012.

_____
Robert H. Cleland
United States District Judge

cc: DUSM
  AUSA